IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS MULLALY,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　Civ. No. 06-6076-CL
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
MICHAEL J. ASTRUE,　　　　　　　 )　**ORDER**
Commissioner of Social　　　　　 )
Security,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　)
_____)

**PANNER, District Judge:**

　　　Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

　　　I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

1 - ORDER

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#14) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this _12_ day of October, 2007.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE